**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EUTIQUIO NUNEZ,

                Plaintiff,                      24 **CIVIL** 1909 (OTW)

      -v-                                  **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated October 28, 2024, that the final decision of the

Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social

Security pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings,

in include the opportunity for a hearing and anew decision.

**Dated:** New York, New York
       October 28, 2024

                                   **DANIEL ORTIZ**
                               **Acting Clerk of Court**

                                                                                                                                                                       **BY:**

                                  _____
                                        **Deputy Clerk**